NO. 07-04-0310-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 7, 2004

______________________________

NOBLE CONSTRUCTION EQUIPMENT, INC. AND 

QUANTUM CONSTRUCTION EQUIPMENT, LLC, APPELLANTS

V.

EAGLE-PICHER INDUSTRIES, INC., APPELLEE

_________________________________

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-521-935; HONORABLE MACKEY HANCOCK, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellants Noble Construction Equipment, Inc. and Quantum Construction Equipment, LLC perfected this appeal from the trial court’s judgment in favor of appellee Eagle-Picher Industries, Inc.  Pending before this Court is appellants’ unopposed motion to dismiss this appeal by which they represent the parties have reached an agreement.

Without passing on the merits of the case, pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure we grant the motion and dismiss the appeal.  Having dismissed the appeal at the request of appellants no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice